IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-HC-2006-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TODD MICHAEL GIFFEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the court for December 20, 2022, hearing to determine whether respondent should be civilly committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246. For the reasons stated at hearing, the court finds, by clear and convincing evidence, that the respondent is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another, and that suitable arrangements for State custody and care are not available. The court therefore ORDERS that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

SO ORDERED, this the 28th day of December, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge