UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,

v.                                  **Judgment in a Civil Case**

TODD MICHAEL GIFFEN,
        Respondent.                  Case Number: 5:22-HC-2006-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for a hearing on the Government's Certificate of Mental Disease or Defect and Dangerousness pursuant to 18 U.S.C. § 4246.

**IT IS ORDERED AND ADJUDGED** that the respondent be committed to the custody and care of the Attorney General pursuant to 18 U.S.C. § 4246.

This Judgment Filed and Entered on December 28, 2022, with service on:
Genna D. Petre (via CM/ECF Notice of Electronic Filing)
Joseph H. Craven (via CM/ECF Notice of Electronic Filing)
Sonya M. Allen (via CM/ECF Notice of Electronic Filing)

December 28, 2022                                         Peter A. Moore, Jr.
                                                             Clerk of Court

                                                         By: *[signature: Stephanie Mann]*
                                                              Deputy Clerk