FILED: December 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6224
(5:22-hc-02006-FL)

_____

UNITED STATES OF AMERICA

 Petitioner - Appellee

v.

TODD MICHAEL GIFFEN

 Respondent - Appellant

_____

O R D E R
_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Harris, Judge Quattlebaum, and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk