FILED: December 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6224
(5:22-hc-02006-FL)
_____

UNITED STATES OF AMERICA

    Petitioner - Appellee

v.

TODD MICHAEL GIFFEN

    Respondent - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered October 31, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*